NUMBER 13-03-173-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


________________________________________________________________


IN THE INTEREST OF A.L., A CHILD

________________________________________________________________


On appeal from County Court at Law No. Five 


of Nueces County, Texas.


________________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Castillo, and Kennedy (1)


Opinion Per Curiam


 Appellant, RICHARD LARA, perfected an appeal from a judgment entered by the
County Court at Law No. Five of Nueces County, Texas, in cause number 01-61536-5. 
After the notice of appeal was filed, appellant filed a motion to dismiss the appeal. 
Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM


Opinion delivered and filed this

the 24th day of April, 2003.

1. Retired Justice Noah Kennedy assigned to this Court by the Chief Justice of the
Supreme Court of Texas pursuant to Tex. Gov't Code Ann. § 74.003 (Vernon 1998).